# EXHIBIT I

                                        Page 1

1         * * * C O N F I D E N T I A L * * *

2            UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4

5    BENJAMIN GROSS,              )

     Individually and on          )

6    Behalf of All Others         )

     Similarly Situated,          )

7                                 )

                 Plaintiff,       )

8                                 )

            vs.                   )    No.

9                                 )    1:14-cv-09438-WHP

     GFI GROUP, INC., COLIN       )

10   HEFFRON, and MICHAEL         )

     GOOCH,                       )

11                                )

                 Defendants.      )

12   ------------------------     )

13

14

15

16                   June 21, 2017

17                   9:38 a.m.

18

19        Videotaped Deposition of HOWARD W. LUTNICK,

20     held at the offices of Wachtell, Lipton, Rosen &

21     Katz LLP, 51 West 52nd Street, New York, New

22     York, before Laurie A. Collins, a Registered

23     Professional Reporter and Notary Public of the

24     State of New York.

25

```
                                    Page 11
 1              Lutnick - Confidential
 2   I could answer a whole variety of ways.
 3         Q.    Is it a part of BGC?
 4         A.    Yes, GFI is -- GFI Company is a part of
 5   BGC.
 6         Q.    And what role does it play within BGC?
 7               MR. LYNCH:  Objection.
 8         A.    The GFI brand we use to separate a
 9   variety of desks and operating business lines from
10   similar desks and operating business lines at BGC,
11   so just -- it has the effect of being another
12   brand within the business.
13         Q.    Does it have separate managers?
14         A.    Yes.
15         Q.    And who today is the top manager of
16   GFI?
17         A.    Colin Heffron, who reports to Shaun
18   Lynn, who would be obviously the top manager.
19         Q.    What was GFI before BGC acquired it?
20         A.    Public company.
21         Q.    Was it a competitor of BGC?
22         A.    In part, yes.
23         Q.    In which part was it a competitor?
24         A.    The wholesale financial brokerage
25   business.  An easier way to call it is the high-
```

```
                                          Page 12
 1                  Lutnick - Confidential
 2     touch version of that, meaning where the people
 3     are the interface between the clients.
 4          Q.    Are you distinguishing that from
 5     electronic brokerage?
 6          A.    Yes.  So in parts GFI was a competitor
 7     in electronic brokerage, but in parts in their --
 8     in their -- they owned a couple of technology
 9     companies that were not -- BGC did not have a
10     competitive offering in that space.  It was really
11     not competitive.  We were a client of -- for
12     example, of Trayport we were a client, not a
13     competitor.
14          Q.    Were you also a client, not a
15     competitor, of Fenics?
16          A.    I don't know.
17          Q.    What's the relationship between Cantor
18     Fitzgerald and BGC?
19                MR. LYNCH:  Objection.
20          A.    Well, one relationship is Cantor
21     Fitzgerald owns a -- owns the shares that are
22     controlling more than a majority of the vote of
23     the shares of BGC.
24          Q.    Was there historical relationship
25     between Cantor Fitzgerald and BGC?
```

1                    Lutnick - Confidential

2        Q.    When was BGC first interested in

3    acquiring GFI?

4        A.    I don't remember exactly.  Quite a

5    while ago.

6        Q.    Do you know whether it was before 2013?

7        A.    Yes.

8        Q.    Was it?

9        A.    Yes.

10       Q.    Do you know whether it was before 2012?

11       A.    I don't remember when, but I think I

12   would say yes before 2012, maybe 2010/'11.  So

13   before '12, but I can't put a finer point on that,

14   sorry.

15       Q.    Why was BGC interested in acquiring

16   GFI?

17       A.    GFI's high-touch brokerage business and

18   its integrated electronic offerings, the

19   integrated electronic offerings, within the high-

20   touch brokerage business had some overlap to BGC

21   but not significant.  So they were in the same

22   business but complimentary.

23             Therefore they would fit well together.

24   We felt it would fit best together or one of the

25   two best that would fit together with us like a

```
                                              Page 15
 1                 Lutnick - Confidential
 2    puzzle piece in consolidation of the business.
 3         Q.    Did BGC's interest in acquiring GFI
 4    increase over time?
 5                 MR. LYNCH:  Objection.
 6         A.    I don't know if it increased, but it
 7    became more focused.
 8         Q.    When did it become more focused?
 9                 MR. LYNCH:  Objection.
10         A.    I can't remember exactly.
11         Q.    Do you recall whether it was before
12    2013?
13                 MR. LYNCH:  Objection.
14         A.    Not that I can think of.  After but not
15    before 2013.
16         Q.    Did BGC make overtures to GFI about a
17    potential combination of the businesses?
18                 MR. LYNCH:  Objection, time frame.
19         A.    Yes.
20         Q.    When was the first overture?
21         A.    Well, the only time that I participated
22    I met with Mickey Gooch and Colin Heffron at a
23    lunch in Manhattan.  I don't remember the date.
24         Q.    Do you know which year that was in?
25         A.    I don't.
```

```
                                        Page 16
 1                 Lutnick - Confidential
 2       Q.    Do you know whether it was before 2014?
 3       A.    Before 2014.
 4       Q.    Do you know whether it was before 2013?
 5       A.    I don't know for certain.  I think it
 6  was before 2013.
 7       Q.    Could it have been as far back as 2012?
 8       A.    Sure.
 9       Q.    Might it have been in 2011?
10       A.    I don't know.
11       Q.    How was that lunch arranged?
12       A.    I don't remember how it was arranged.
13       Q.    Do you remember what you discussed at
14  the lunch?
15       A.    Generally.
16       Q.    What was that?
17       A.    It was that we were interested in
18  possibly merging the two companies together.  And
19  if they were interested, we'd be happy to sit down
20  and discuss a deal.
21       Q.    What was Mr. Gooch and Mr. Heffron's
22  reaction?
23             MR. LYNCH:  Objection.
24       A.    My recollection is that it was
25  noncommittal but cordial.
```

```
                                          Page 17
 1                 Lutnick - Confidential
 2        Q.     What was your pitch in terms of
 3   explaining to them why this would be a good idea
 4   at this lunch?
 5                MR. LYNCH:  Objection.
 6        A.     I don't remember.
 7        Q.     Are you aware of any other overtures
 8   that BGC made to GFI about a potential combination
 9   or acquisition?
10                MR. LYNCH:  Objection to form.
11        A.     Please repeat the question.
12                MR. ROTTER:  Can you read it back,
13        please.
14                (Record read.)
15        A.     I think I remember Mr. Lynn told me he
16   was going to reach out to and speak to
17   Mr. Heffron.
18        Q.     Was that to convey BGC's interest in
19   purchasing GFI?
20        A.     I don't know if it was said exactly
21   that way, but generally about a business
22   combination between the two companies.
23        Q.     When did Mr. Lynn tell you that he was
24   going to reach out and speak to Mr. Heffron?
25        A.     I don't remember.
```

```
 1                 Lutnick - Confidential
 2       Q.    Do you remember whether it was sometime
 3   in 2013?
 4       A.    It was after the lunch and before we
 5   started buying shares.
 6       Q.    Do you know what response Mr. Lynn got
 7   from Mr. Heffron?
 8       A.    My best recollection is Mr. Lynn
 9   reported to me that it was cordial but
10   noncommittal.
11       Q.    Are you aware of any other outreach
12   that BGC made to GFI about a potential business
13   combination?
14       A.    Mr. Lynn may have had other outreaches.
15   I did not have any, but I -- you would best ask
16   him for a finer point on that because I don't -- I
17   don't recall further.
18       Q.    Do you recall any outreach that didn't
19   go through either yourself or Mr. Lynn to GFI?
20             MR. LYNCH:  From BGC?
21             MR. ROTTER:  From BGC.
22       A.    I think Mr. Scotto may have spoken to
23   some members of JPI's shareholders.
24       Q.    Could you please spell Scotto?
25       A.    Scotto, S-C-O-T-T-O.  He works for BGC.
```

```
                                            Page 45
 1                  Lutnick - Confidential
 2        Q.    In any of your discussions with GFI
 3    prior to July 29th, 2014, did you ever indicate a
 4    dollar value for GFI?
 5        A.    No.
 6              MR. LYNCH:   Objection.   Is this
 7        Mr. Lutnick again or is this BGC generally?
 8        Q.    In any of your or BGC's discussions
 9    with GFI prior to July 29th, 2014, did you or BGC
10    ever indicate a dollar value for GFI?
11        A.    Not that I know of.
12        Q.    Did you learn from any of the rumors
13    the transaction structure that GFI had negotiated
14    with CME?
15        A.    I don't remember.
16        Q.    Did you learn any details of the
17    pending transaction from the rumors?
18              MR. LYNCH:   Objection.
19        A.    Say that again.
20        Q.    Did you learn any details of the
21    CME/GIF transaction from the rumors?
22        A.    No.
23        Q.    What did you mean when you said that
24    the rumors escalated?
25        A.    My recollection is that it was reported
```

1                    Lutnick - Confidential

2    other people who can take high risk and make a

3    huge return.  They double, they triple, they

4    quadruple, they quintuple their money, but they

5    gambled.  That's high risk, high return.

6             What I'm suggesting is there's a

7    different calculus when you take a lower risk.

8    And while the return may be lower, if you compare

9    the risk and its return, the feeling is higher.

10   So people often don't adjust returns for risk, and

11   I do.

12       Q.    So is it fair to say that for BGC

13   acquiring GFI was a very low-risk transaction?

14       A.    Once Mickey Gooch announced the CME's

15   desire to buy the technology assets for $4.55 per

16   share, he reduced the risk for me of the

17   transaction and allowed me to bid higher.  He, by

18   doing the transaction with the CME, risk adjusted

19   this transaction for me and enabled us to bid a

20   much higher price.

21       Q.    And is that because you felt it very

22   likely that you would be able to sell Trayport

23   either to CME or to somebody else?

24            MR. LYNCH:  Objection, time frame.

25       A.    Once the CME was public in their desire

Page 67

Lutnick - Confidential

1
2  to buy the technology aspects of Trayport and
3  Fenics for $4.55 a share, once that was made
4  public to me, I was confident that I could sell
5  them those assets for that price, because they
6  made -- they were a gigantic public company, 25 or
7  30 billion dollars.  They had expressed public
8  interest in these assets.
9          Therefore I felt that I could rely upon
10 that desire to buy the business, and therefore I
11 did not have risk with respect to buying the
12 company of $4.55.  That was covered by these
13 technology assets which I would -- but for Mickey
14 Gooch's transaction announced on July the 30th, I
15 would have not valued those assets at that high a
16 price, and I did not value those assets prior to
17 that at that high a price.  So I would not have
18 been able to value it in that way.
19     Q.    The price of 4.55 a share was low
20 enough that you were then able to offer a
21 substantial premium to that price and still have a
22 revery low-risk transaction?
23          MR. LYNCH:  Objection to form.
24     A.    No, no.  What happened was the 4.55 was
25 singularly valuing the technology assets at a

```
 1              Lutnick - Confidential
 2   price that I would not have put on those assets.
 3   So therefore I was able to pay a premium by
 4   thinking whatever I pay for the rest of the
 5   business would be a substantial premium, because I
 6   could rely on the 4.55 going to -- those two
 7   assets going to the CME.
 8              So by selling the tech assets at a
 9   price that I had not anticipated those assets
10   would be valued at, he derisked -- effectively
11   derisked the transaction for me.  I would not have
12   paid that high a price but for his announced CME
13   transaction.
14       Q.    Why do you say that the $4.55 price
15   valued the technology components of GFI as opposed
16   to the entire company?
17              MR. LYNCH:  Objection.
18       A.    My analysis of the CME transaction was
19   that they had no -- that the CME had no interest
20   in the voice business that was a substantial money
21   loser, and therefore they were willing to sell
22   that to management just to get rid of it, because
23   it was a big money loser.
24              So it was my analysis that the CME was
25   willing to pay $4.55 per share to have the net
```

```
 1                 Lutnick - Confidential
 2   whether anybody else would have paid more.
 3        Q.    Did Mr. Lynn say in this letter that
 4   the discount he's referring to was only compared
 5   to what BGC was willing to pay?
 6        A.    Well, it's always our belief, so it's
 7   all about us.  I didn't think that GFI -- I didn't
 8   care whether GFI management should pay more or
 9   not.  I was talking about us.
10        Q.    Was it in GFI's shareholders' interest
11   to give management a discount in buying the IDB?
12             MR. LYNCH:  Objection.
13        A.    Please repeat the question.
14        Q.    Was it in GFI shareholders' interest to
15   give management a discount in buying the IDB?
16             MR. LYNCH:  Objection.
17        A.    Again, it's a discount as compared to
18   what I would pay, because I had other synergies.
19   As I said just before, I don't know what anyone
20   else would pay but for having our synergies.  I
21   only know my own business and what we knew we
22   could do with it.
23             Again, because they did the
24   transaction, they got a much better price for the
25   Trayport and Fenics assets than I would have ever
```

Page 79

```
 1                   Lutnick - Confidential
 2    envisioned.  So in fact they did surprisingly
 3    really a rather extraordinary deal, surprisingly.
 4                   MR. ROTTER:  I'm going to move to
 5           strike as nonresponsive and ask the question
 6           again.
 7           Q.    The question was was it in GFI
 8    shareholders' interest to give management a
 9    discount in buying the IDB.
10                   MR. LYNCH:  Objection, asked and
11           answered.
12           A.    Was it my understanding that the GFI
13    shareholders did anything.  My understanding from
14    reading -- my recollection as I sit here now
15    remembering reading the deal was that the Chicago
16    Mercantile Exchange bid to buy the whole entire
17    company at an effectively 50 percent premium.  And
18    then they were going to sell the business to
19    management, not the GFI shareholders.  The CME
20    didn't want a piece of money-losing business, was
21    going to sell that to the management of GFI was
22    willing to take it.
23                   So I don't think it had anything to do
24    with the GFI shareholders in and of itself.
25           Q.    Looking back at the sentence -- the
```

```
                                              Page 80

  1                  Lutnick - Confidential

  2     last sentence on page 1.  It says, However, given

  3     your lack of response to our offer and our belief

  4     that the pending transaction deprives GFI's

  5     shareholders of an opportunity to realize

  6     appropriate value, particularly given the

  7     significant discount agreed to with respect to the

  8     purchase of the brokerage and clearing business,

  9     we intend to make an offer directly to the GFI

 10     shareholders.

 11          A.    Yes.

 12          Q.    Was it your understanding that the

 13     GFI/CME deal deprived GFI shareholders of the

 14     opportunity to realize appropriate value,

 15     particularly given the significant discount agreed

 16     to with respect to the purchase of the brokerage

 17     and clearing business?

 18          A.    It's kind of a two-step thought, which

 19     is once they announced the transaction with the

 20     CME and the CME defined the value of the Trayport

 21     and Fenics assets, it freed me to bid higher than

 22     4.55 for the IDB business, knowing that I could

 23     sell the Trayport and Fenics businesses to the CME

 24     for 4.55.

 25                So once they announced the transaction
```

Page 81

1                    Lutnick - Confidential

2      post-July 30th, all these things are true

3      post-July 30th.  So I felt -- I felt it was clear

4      that they had gotten great value for the Trayport

5      assets but that that allowed me to look at the IDB

6      assets and thought to me and to BGC they were at a

7      discounted price to what I thought they were worth

8      and I was willing to pay more.

9                    And on this letter I proved such a fact

10     by saying I would pay 5.25.  In effect what I was

11     going to do was sell the Trayport and Fenics

12     assets to the CME for 4.55, and I was going to pay

13     the difference effectively for the IDB business,

14     showing that I would pay more for the whole

15     company.  But I needed the deal that they had

16     originally set that showed me what the CME would

17     pay for me to say these things and act the way I

18     did.

19          Q.     Is it true that between the July 29th,

20     2014, letter from Mr. Lynn and the September 8th,

21     2014, letter from Mr. Lynn that GFI refused to

22     engage with BGC in discussion of BGC acquiring

23     GFI?

24                    MR. LYNCH:  Objection.

25          A.     I do not recall them engaging with us.

```
                                            Page 120
 1                 Lutnick - Confidential
 2    IDB buyback price?
 3         A.    Once the CME had set its price for the
 4    Fenics and Trayport assets, then that was true.
 5    Prior to that, so prior to July the 30th, that
 6    would not have been true.
 7         Q.    Well, prior to July the 30th, you
 8    didn't know the price that had been set in the
 9    deal for the technology assets; right?
10         A.    Prior to July 30th, I would not have
11    valued the tech assets so highly.  Therefore my
12    value of the company would have been lower because
13    I could not rely upon the value of those tech
14    assets and my ability to sell them to someone
15    else.
16              Prior to July 30th, I assumed if we
17    bought the company as we intended, we would just
18    own those tech assets.  We would be buying them
19    and own them as part of our company.  And we did
20    not value them nearly as highly as the transaction
21    announced by the CME clearly valued them.
22         Q.    Is it true that although you didn't
23    know the value of the tech assets in the CME deal
24    prior to July 30th GFI management knew of that
25    valuation?
```

```
                                        Page 122
1                Lutnick - Confidential
2    they valued in and of itself those IDB businesses
3    more than they had originally been.
4            And therefore we felt that the $1.05
5    increase was a significant number that showed that
6    that value was undervalued, as far as we were
7    concerned.
8       Q.    Was it clear to you from the feedback
9    that management increased drastically the amount
10   of money that they were willing to pay for the IDB
11   in response to your offers that the original
12   agreement with CME drastically undervalued GFI for
13   the sole benefit of GFI management?
14      A.    No, no.  The original deal of July 30th
15   did not drastically undervalue the company.  What
16   it did was it clarified to me that the tech assets
17   were worth far more than I had originally thought
18   and therefore allowed me to specifically value on
19   top of that the brokerage assets.
20           So we would not have bid as high as the
21   CME did without -- meaning at 4.55 without the
22   knowledge that the CME was willing to pay such a
23   high price for the Trayport and Fenics assets.  We
24   would not have gotten -- as I sit here today, we
25   would not have bid such a high price, because we
```

```
 1              Lutnick - Confidential
 2   didn't value the Trayport and Fenics assets so
 3   highly.  That's why.
 4       Q.    I'm asking a slightly different
 5   question, which is not your valuation of the tech
 6   assets but rather GFI management's valuation of
 7   the IDB.
 8              MR. LYNCH:  That wasn't the question.
 9        You can ask him.
10              MR. ROTTER:  I'll ask him the question.
11              MR. LYNCH:  Great.
12       Q.    Did the original agreement with CME
13   drastically undervalue GFI for the sole benefit of
14   GFI management by management not paying as much as
15   they were ultimately willing to pay for the IDB?
16              MR. LYNCH:  Objection.
17       A.    The question -- the way you're asking
18   the question is very difficult.  That's why I
19   tried to answer the way I did.  I did not feel --
20   I thought management extracted superior value from
21   the tech asset transaction.
22              Such value would have been higher than
23   I -- if they had chosen to engage us on July 29th,
24   I don't -- without knowledge of what the CME was
25   willing to pay for the tech assets, I do not think
```

```
                                          Page 124
```

 1              Lutnick - Confidential

 2    we would have -- I know I would not have gotten to

 3    4.55.  I would not have gotten to 4.55.  I did not

 4    think the combined company was worth 4.55 at that

 5    time on July the 29th.

 6              Come August the 8th, 7th, around a week

 7    later, when I figured out that the CME deal had

 8    derisked the transaction, because they had defined

 9    what the CME would pay for the tech assets, and

10    that price was so high that we could -- far above

11    what we thought they were worth, that we could

12    just focus on the balance of the assets and raise

13    the price and give the GFI shareholders a better

14    transaction, because I was coupling the two things

15    together.  And without that I could not have done

16    such an excellent transaction for the shareholders

17    of GFI.

18              MR. ROTTER:  I move to strike that

19          answer as nonresponsive.

20          Q.    I'm focused on the part of your

21    sentence in the last paragraph there that says,

22    for the sole benefit of GFI management.

23              What was for the sole benefit of GFI

24    management?

25              MR. LYNCH:  Objection.

```
                                              Page 128
 1                  Lutnick - Confidential
 2        A.    I think "inside takeover" or like a
 3   leverage buyout.
 4        Q.    Was it the "backwards" part that makes
 5   its different than an ordinary leveraged buyout
 6   that they were first selling the entire company to
 7   the CME and then buying back the IDB?
 8             MR. LYNCH:  Objection.
 9        A.    Actually, I have no idea.  I'm not
10   actually sure what I meant.  I think I went into
11   it saying it's like a leveraged buyout, sort of,
12   in part.
13        Q.    Now, as a shareholder of GFI, you
14   believed that $4.55 was a "you've got to be
15   kidding me" price?
16        A.    Ultimately.  I mean, once -- once
17   the -- once I saw the July 30 CME bid and that I
18   could pay more, once I figured that out somewhere
19   around August 6, 7, 8, that became my bid, that we
20   could pay more and that this was really derisked
21   and a great opportunity.
22        Q.    So in that context of your knowledge,
23   the "you've got to be kidding me" characterization
24   of 4.55 offer from CME, was that saying that 4.55
25   was a particularly low price for those assets?
```

```
                                        Page 129
 1                  Lutnick - Confidential
 2       A.      What happened, when the -- when the
 3   deal was first announced on July 30th, I was
 4   bummed, bummed out, depressed, saddened, because I
 5   thought it was a good price, more than I was
 6   willing to pay for the whole company.  It was
 7   depressing, because someone else was going to buy
 8   the assets and that was that.
 9            And then it took me about a week or so
10   to figure out, oh, you know, really understand the
11   deal and really understand it and figure out that
12   I could -- that the CME really only wanted the
13   tech assets.  So therefore it derisked the
14   transaction for me and allowed us to go forward
15   with a higher price.
16            So I would say the "you've got to be
17   kidding me" moment came sort of around a week
18   later once I realized that the GFI had -- by
19   getting such an excellent price for the Trayport
20   and Fenics assets effectively they had derisked
21   the transaction for us.
22       Q.      And at that point the "you've got to be
23   kidding me" was both from your perspective as a
24   potential acquirer and from your perspective as a
25   GFI shareholder?
```

```
                                       Page 155
```

```
 1              Lutnick - Confidential
 2    4.55.  We would have submitted a bid that would
 3    have been lower.
 4        Q.    Did Cantor Fitzgerald ever analyze
 5    prior to July 30th, 2014, making a bid for GFI
 6    that was higher than $4.55?
 7              MR. LYNCH:  Objection.
 8        A.    In the market -- I don't -- I don't
 9    remember.  I just -- I know that the market
10    factors of business -- of the interdealer broker
11    business were relentlessly deteriorating.
12    Therefore the economics of older periods of time
13    were economically different than later dates on
14    the calendar.
15              So as you went forward 2015 was less
16    attractive than 2014, which was less attractive
17    than 2013, which was less attractive than 2012,
18    just because of the constraining nature of
19    regulatory change in the business.
20              So I'm just generalizing, so I don't
21    remember specifically; but GFI stock was worth
22    more and its business was worth more when the
23    revenues were higher.
24        Q.    Prior to July 30, 2014, how much would
25    you have bid for the IDB component of GFI's
```

1                    Lutnick - Confidential

2    business?

3         A.    I don't know.  I would -- prior to July

4    30 I was looking at buying the whole company.  I

5    was interested in the Trayport business.  I wanted

6    to buy the whole company.  And I would not have

7    paid -- I would -- my recollection is we would

8    have paid in the 4 to 4.25 dollar range for the

9    full company.  If asked on July -- before the CME

10   came out they had asked me to bid, my recollection

11   is we would have paid $4, maybe $4.25, as we would

12   have thought as a substantial premium over the

13   $3.11 it was when we sent our letter.

14        Q.    Given your answer about the interdealer

15   broker business deteriorating year after year, why

16   were you buying GFI stock?

17        A.    For the reason I just said, that I

18   liked the Trayport and Fenics assets, that we had

19   built technology businesses before.  I liked those

20   businesses.  And I thought I could take out

21   substantial costs out of the IDB business to make

22   the company go from a loser to an attractive

23   winner for my shareholders, which I thought

24   eventually we'll buy the company and it will work

25   out well for our shareholders.

Page 166

1                    Lutnick - Confidential

2        Q.    Is it true that GFI management's

3    conflicted exploration of strategic alternatives

4    led their recommending that GFI shareholders

5    accept $4.55 a share in a deal that gave the IDB

6    to management for a discount?

7                    MR. LYNCH:  Same objection.

8        A.    I would say it created the most -- far

9    more value for the technology assets than I would

10   have anticipated and in connection with creating

11   the far more value for the technology assets than

12   I would have anticipated, the CME did not want the

13   balance of the assets that were money losing and

14   were willing to sell it to management at a price

15   point for that particular set of assets that I

16   would have gladly paid more for just those

17   particular assets.

18                    Since that was not the case, I thought

19   in fact the initial transaction was a very smart

20   one.  It was annoying when I was not being

21   included in the process, but it was surprisingly

22   smart.

23       Q.    When GFI management made the statement

24   to their shareholders that you quote in this press

25   release --