USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
BENJAMIN GROSS, Individually and on
Behalf of Others Similarly Situated,
                                                      Plaintiffs,

                        -against-

GFI GROUP, INC., et al.,
                                                      Defendants.
---------------------------------------------------------------X

14 **CIVIL** 9438

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Opinion & Order dated April 20, 2018, Defendants' motion for summary
judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
            April 23, 2018

                                          **RUBY J. KRAJICK**
                                 _____
                                          **Clerk of Court**

                        BY:
                                 _____
                                          **Deputy Clerk**